UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE PAVERS AND ROAD
BUILDERS DISTRICT COUNCIL WELFARE,
PENSION, ANNUITY AND APPRENTICESHIP,
SKILL IMPROVEMENT AND SAFETY FUNDS,

                                      Plaintiff,

            14 CV 4923 (SJ) (MDG)

      -against-

**ORDER ADOPTING REPORT AND RECOMMENDATION**

VIF CORP.,

                                      Defendant.
-------------------------------------------------------------X

APPEARANCES:

Virginia & Ambinder, LLP
40 Broad Street, 7th Fl.
New York, NY 10004
By:   Jesse S. Barton
        Michael Howard Isaac
*Attorneys for Plaintiff*

JOHNSON, Senior District Judge:

Presently before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge Marilyn D. Go. Magistrate Judge Go issued the Report on September 4, 2015, and directed any objections to the Report to be filed by September 21, 2015, pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). None of the parties filed an objection to the Report. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

1

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Within fourteen days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id. The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Go's recommendations were due on September 21, 2015. No objections to the Report were filed with this Court. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Go's Report in its entirety. Plaintiff's motion for default judgment is granted, and costs and damages are awarded as set forth in the magistrate judge's Report and Recommendation.

The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: September 23, 2015
Brooklyn, NY

/s/
Sterling Johnson, Jr., U.S.D.J.